UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| In re: | |
| Jeffrey William Foust | Case No.: 18-11278 |
| Rhonda Carlene Foust | Chapter 7 |
| | Chief Judge Robert E. Grant |
| Debtor. | * * * * * * * * * * * * * * * * * * * * |

## AGREED ORDER RESOLVING MOTION FOR RELIEF FROM STAY AND ABANDONMENT (DOCKET NUMBER 9) AS TO REAL PROPERTY LOCATED AT 1004 SALAMONIE AVENUE, HUNTINGTON, IN 46750

Nationstar Mortgage LLC d/b/a Mr. Cooper ("Movant"), by counsel, and Martin E. Siefert ("Trustee") for the agreed order resolving Nationstar Mortgage LLC d/b/a Mr. Cooper's Motion for Relief from Stay and Abandonment ( the "Motion") Docket Number 9 with respect to certain real property located at 1004 Salamonie Avenue, Huntington, Indiana, 46750 (the "Property") states as follows:

1. Nationstar Mortgage LLC d/b/a Mr. Cooper is granted relief from the automatic stay imposed by 11 U.S.C. 362(a) of the Bankruptcy Code to initiate its foreclosure action of the Property. Creditor shall not proceed with a foreclosure sale until the expiration of the six (6) months contemplated in paragraph 3 below.

2. Relief from stay is granted without prejudice to the Debtor's rights to reinstate and/or reaffirm his/her mortgage obligation with Creditor.

3. Creditor agrees to give the Trustee six (6) months from the order approving this Agreed Order to sell the Real Property, subject to the following terms (1) Creditor's subject mortgage loan shall be paid in full, or (2) any sale for less than payment in full is subject to approval by Creditor.

1

4. If the Property does not sell within the six (6) months contemplated in paragraph (3) above, the Property shall be deemed automatically abandoned on the expiration of the six (6) months.

5. Should the Trustee find a buyer for the Property, a motion to sell shall be filed with the court, as required by local rules and the Bankruptcy Code.

Submitted by:

/s/ Sarah E. Barngrover
Sarah E. Barngrover (28840-64)
Edward H. Cahill (0088985)
Adam B. Hall (0088234)
John R. Cummins (11532-10)
Amy E. Gardner (93532)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E. Barngrover.
Contact email is sebarngrover@manleydeas.com

/s/ Martin E. Seifert
Martin E. Seifert
Chapter 7 Trustee
444 East Main Street
Fort Wayne, IN  46802
Email:

SO ORDERED, this September 28, 2018

/s/ Robert E. Grant
Robert E. Grant, Chief Judge
United States Bankruptcy Court

2